NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SILVINA REYMAN,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2011-3045

---

Petition for review of the Merit Systems Protection Board in case no. SF0831090979-I-1.

---

## ON MOTION

---

## ORDER

Silvina Reyman moves for leave to proceed in forma pauperis and to file his Fed. Cir. R. 15(c) statement concerning discrimination. The court treats Reyman's submission as a motion for reconsideration of the February 4, 2011 order dismissing this appeal for failure to pay the filing fee and for failure to file the Fed. Cir. R. 15(c) statement concerning discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for reconsideration will be granted, the dismissal order will be vacated, and the petition will be reinstated, if Ryman files her brief within 45 days of the date of filing of this order.

FOR THE COURT

__MAY 0 9 2011__                /s/ Jan Horbaly
Date                          Jan Horbaly
                                Clerk

cc:  Silvina Reyman (Informal Brief Form Enclosed)
      Antonia R. Soares, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK